**Opinion issued June 4, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00229-CR

———————————

**IRVIN ALEXANDER FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. MD-0348748**

---

## MEMORANDUM OPINION

Appellant, Irvin Alexander Flores, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.2, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *Sutherland v. State*, 132 S.W.3d 510, 511–12 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (dismissing criminal appeal for want of prosecution based on appellant's failure to pay for clerk's record). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).